# United States Court of Appeals

## For the First Circuit

_____

No. 98-1816

UNITED STATES,
Appellee,

v.

IRVIN D. WOODS,
Defendant, Appellant.

_____

No. 98-2205

UNITED STATES,
Appellee,

v.

KEVIN B. LOCKHART,
Defendant, Appellant.

_____

ERRATA SHEET

The opinion of this court issued on April 21, 2000 is amended as follows:

Page 10, line 16 should read:  ". . . U.S.S.G. §§ 5C1.2, 2D1.1(b)**(6)**."